## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BAYER HEALTHCARE LLC, | ) | |
| | ) | C.A. No. 16-1122-RGA |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| BAXALTA INCORPORATED, and | ) | |
| BAXALTA US INC., and | ) | |
| NEKTAR THERAPEUTICS, | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANTS' MOTION FOR JUDGMENT AS A MATTER OF LAW CONCERNING INVALIDITY, AND RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW CONCERNING NONINFRINGEMENT AND DAMAGES

Defendants Baxalta Incorporated, Baxalta US Inc., and Nektar Therapeutics (collectively "Defendants") respectfully move for judgment as a matter of law concerning invalidty and renew their motion for judgment as a matter of law concerning noninfringement and damages pursuant to Federal Rule of Civil Procedure 50(a)(1) ("Motion"). Support for this Motion may be found in Defendants' brief filed simultaneously herewith and for the reasons stated on the record during trial.

*Of Counsel*:

Edgar H. Haug
Angus Chen
Porter F. Fleming
Richard F. Kurz
Erika V. Selli
HAUG PARTNERS LLP
745 Fifth Avenue
New York, New York 10151
(212) 588-0800
ehaug@haugpartners.com
achen@haugpartners.com
pfleming@haugpartners.com
rkurz@haugpartners.com
eselli@haugpartners.com

Dated: February 2, 2019

/s/ Kelly E. Farnan
Frederick L. Cottrell, III (#2555)
Kelly E. Farnan (#4395)
Nicole K. Pedi (#6236)
RICHARDS, LAYTON & FINGER, P.A.
920 North King Street
Wilmington, DE 19801
(302) 651-7700
cottrell@rlf.com
farnan@rlf.com
pedi@rlf.com

*Attorneys for Plaintiffs*
*Baxalta Incorporated, Baxalta US Inc., and*
*Nektar Therapeutics*