IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAYER HEALTHCARE LLC,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>BAXALTA INCORPORATED, et al.,  )<br>  )<br>Defendants.  )<br>  ) | C.A. No. 16-1122 (RGA) |

## JUDGMENT

This \_\_8\_\_ day of February 2019, the Court having held a jury trial from January 28 through February 4, 2019, and the jury having rendered a unanimous verdict, pursuant to Federal Rule of Civil Procedure 58(b)(2), IT IS HEREBY ORDERED and JUDGMENT IS ENTERED that:

    1.    Judgment in the amount of $155,190,264.00 is entered on Count 1 of the Complaint (D.I. 1) for infringement of U.S. Patent No. 9,364,520 for Plaintiff Bayer HealthCare LLC, and against Defendants Baxalta Inc. and Baxalta US Inc. for the damages period of June 14, 2016 – November 30, 2018, at a royalty rate of 17.78%.

    2.    Judgment is entered on Counts 2, 3, and 4 for induced infringement, contributory infringement, and willful infringement for Defendant Nektar Therapeutics, and against Plaintiff Bayer HealthCare LLC.

    3.    Judgment is entered on Count 4 for willful infringement for Defendants Baxalta Inc. and Baxalta US Inc., and against Plaintiff Bayer HealthCare LLC.

SO ORDERED and SIGNED on this 8 day of February 2019.

/s/ Richard G. Andrews
United States District Judge

2