IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAYER HEALTHCARE LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 16-1122 (RGA) |
| | ) |
| BAXALTA INCORPORATED, BAXALTA US INC., and NEKTAR THERAPEUTICS, | ) ) |
| | ) |
| Defendants. | ) |

**DECLARATION OF CAROLINE BERCIER
IN SUPPORT OF PLAINTIFF BAYER HEALTHCARE LLC'S
MOTION FOR ATTORNEYS' FEES PURSUANT TO 35 U.S.C. § 285**

I, Caroline Bercier, Esq., hereby state and declare as follows:

1. I am an attorney at the law firm of Sidley Austin LLP and serve as counsel for Defendant Bayer HealthCare LLC ("Bayer"). I am over 18 years of age and competent to testify as to the matters set forth herein. I am providing this declaration in support of Bayer Healthcare LLC's Opening Brief in Support of Motion for Attorneys' Fees Pursuant to 35 U.S.C. § 285.

2. Attached as Exhibit A is a true and correct copy of an email from counsel for Baxalta to counsel for Bayer, dated January 29, 2019.

3. Attached as Exhibit B is a true and correct copy of an email chain between counsel for Baxalta to counsel for Bayer, dated February 3-4, 2019.

I declare under penalty of perjury under the law of the United States that the foregoing is true and correct.

Date: February 22, 2019        */s/ Caroline Bercier*
                               Caroline Bercier, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on February 22, 2019, upon the following in the manner indicated:

| | |
|---|---|
| Frederick L. Cottrell, III, Esquire<br>Kelly E. Farnan, Esquire<br>Jason J. Rawnsley, Esquire<br>Nicole K. Pedi, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 North King Street<br>Wilmington, DE  19801<br>*Attorneys for Defendants* | VIA ELECTRONIC MAIL |
| Edgar H. Haug, Esquire<br>Porter F. Fleming, Esquire<br>Sandra Kuzmich, Ph.D.<br>Angus Chen, Ph.D.<br>Richard F. Kurz, Esquire<br>Erika V. Selli, Esquire<br>Elizabeth Murphy, Esquire<br>David Zwally, Esquire<br>George Reitboeck, Esquire<br>HAUG PARTNERS LLP<br>745 Fifth Avenue<br>New York, NY  10151<br>*Attorneys for Defendants* | VIA ELECTRONIC MAIL |
| Joshua Barlow, Esquire<br>HAUG PARTNERS LLP<br>One Post Office Square<br>Boston, MA  02109<br>*Attorneys for Defendants* | VIA ELECTRONIC MAIL |

*/s/ Michael J. Flynn*

Michael J. Flynn (#5333)